IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JESSICA LEE GONZALEZ,<br>a/k/a JESSICA L. GONZALEZ,<br>a/k/a JESSICA GONZALEZ,<br>a/k/a JESSICA LEE SINGER,<br>a/k/a JESSICA L. SINGER,<br>a/k/a JESSICA SINGER, | CASE NO. 5:22-bk- |
| Debtor | |

**CERTIFICATION OF NO PAYMENT ADVICES**
Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, JESSICA LEE GONZALEZ, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), *from any source of employment*. I further certify that I received no payment advices during that period because:

\_\_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

\_\_X\_\_ I have been unemployed through the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_\_ I did not receive payment advices due to factors other than those listed above. (Please explain) _____

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: <u>November 11, 2022</u>             <u>/s/ Jessica Lee Gonzalez</u>
                                                                                                      JESSICA LEE GONZALEZ