IN THE UNITED STATES BANKRUTPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | CHAPTER 13

JESSICA LEE GONZALEZ, | CASE NO. 5:22-bk-
a/k/a JESSICA L. GONZALEZ,
a/k/a JESSICA GONZALEZ,
a/k/a JESSICA LEE SINGER,
a/k/a JESSICA L. SINGER,
a/k/a JESSICA SINGER,

      Debtor

**CERTIFICATION OF NO PAYMENT ADVICES**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

    I, JESSICA LEE GONZALEZ, certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, **my spouse** did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), *from any source of employment*. I further certify that he received no payment advices during that period because:

    \_\_\_\_\_ He has been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    \_\_\_\_\_ He has received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    __X__ His sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

    \_\_\_\_\_ He has been unemployed through the sixty (60) days immediately preceding the date of the above-captioned petition.

    \_\_\_\_\_ He did not receive payment advices due to factors other than those listed above. (Please explain) _____

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: <u>November 11, 2022</u>                    <u>/s/ Jessica Lee Gonzalez</u>
                                                                                   JESSICA LEE GONZALEZ
                                                                                   Debtor