# Notice Recipients

District/Off: 0314−5         User: AutoDocketer         Date Created: 11/15/2022
Case: 5:22−bk−02200−MJC      Form ID: 309I              Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jessica Lee Gonzalez | 334 Sarah Way | East Stroudsburg, PA 18301 |
| ust | United States Trustee | 228 Walnut Street, Suite 1190 | Harrisburg, PA 17101 |
| tr | Jack N Zaharopoulos (Trustee) | Standing Chapter 13 Trustee | 8125 Adams Drive, Suite A   Hummelstown, PA 17036 |
| aty | Vincent Rubino | Newman Williams Mishkin Corveleyn et al | 712 Monroe Street   PO Box 511   Stroudsburg, PA 18360−0511 |
| 5506148 | ADS/COMENITY/MYPOINTSRWD | PO BOX 182120 | COLUMBUS, OH 43218 |
| 5506149 | ADS/COMENITY/ULTA MC | PO BOX 182120 | COLUMBUS, OH 43218 |
| 5506150 | ADVANCED RECOVERY SYSTEMS | PO BOX 80766 | VALLEY FORGE, PA 19484 |
| 5506151 | ANTHONY GONZALEZ | 334 SARAH WAY | EAST STROUDSBURG, PA 18301 |
| 5506152 | ARS ACCOUNT RESOLUTION | 1643 HARRISON PKWY STE 100 | FORT LAUDERDALE, FL 33323 |
| 5506153 | AUTOZONE PRO | 123 SOUTH FRONT STREET | MEMPHIS, TN 38103 |
| 5506154 | CAP1/WMT | PO BOX 31293 | SALT LAKE CITY, UT 84131 |
| 5506155 | CAPITAL ONE | PO BOX 31293 | SALT LAKE CITY, UT 84131 |
| 5506156 | CAR MART AUTO CENTER, INC. | 920 UNION BLVD. | ALLENTOWN, PA 18109 |
| 5506157 | CLOUDFUND, LLC | 400 RELLA BLVD SUITE 165−101 | SUFFERN, NY 10901 |
| 5506158 | COMENITY BK/BONTON | PO BOX 182789 | COLUMBUS, OH 43218 |
| 5506159 | COMENITYCB/GAMESTOP | PO BOX 182120 | COLUMBUS, OH 43218 |
| 5506160 | HASSETT & GEORGE, P.C. | 945 HOPMEADOW STREET | SIMSBURY, CT 06070 |
| 5506161 | JPMCB CARD | PO BOX 15369 | WILMINGTON, DE 19850 |
| 5506162 | KEVIN DEBATT | 105 PUGH LANE | EAST STROUDSBURG, PA 18301 |
| 5506163 | KOHLS DEPARTMENT STORE | P.O. BOX 3115 | MILWAUKEE, WI 53201 |
| 5506164 | LEHIGH VALLEY HEALTH NETWORK | PO BOX 781733 | PHILADELPHIA, PA 19178−1733 |
| 5506165 | LISA DORTIC | 857 NEW JERSEY AVE | HELLERTOWN, PA 18055 |
| 5506166 | MEDICREDIT INC | PO BOX 1629 | MARYLAND HEIGHTS, MO 63043 |
| 5506167 | NEW REZ MORTGAGE | C/O PHH MORTGAGE | PO BOX 5452   MOUNT LAUREL, NJ 08054 |
| 5506168 | PEARL CAPITAL | 525 WASHINGTON BLVD 22ND FLOOR | JERSEY CITY, NJ 07310 |
| 5506169 | PNC BANK NA | PO BOX 5580 | CLEVELAND, OH 44101 |
| 5506170 | PPL ELECTRIC UTILITIES | 2 N 9TH ST CPC−GENN1 | ALLENTOWN, PA 18101−1175 |
| 5506171 | QUICK FUNDING GROUP | 157 CHURCH STREET | NEW HAVEN, CT 06510 |
| 5506172 | RCN | PO BOX 11816 | NEWARK, NJ 07101−8116 |
| 5506173 | RESSAN PROPERTIES, LLC | 1081 E CONGRESS ST | ALLENTOWN, PA 18109 |
| 5506174 | SPEEDY FUNDING, LLC | 157 CHURCH STREET | NEW HAVEN, CT 06510 |
| 5506175 | SYNCB/JCPE | PO BOX 965007 | ORLANDO, FL 32896 |
| 5506176 | SYNCB/PPC | PO BOX 530975 | ORLANDO, FL 32896 |
| 5506177 | SYNCB/PPMC | PO BOX 965005 | ORLANDO, FL 32896 |
| 5506178 | SYNCB/TJX COS | PO BOX 965024 | ORLANDO, FL 32896 |
| 5506179 | UNITED AUTO CREDIT CORP | 3990 WESTERLY PLACE | SUITE 200   NEWPORT BEACH, CA 92660 |
| 5506180 | WESTLAKE FINANCIAL | PO BOX 843082 | LOS ANGELES, CA 90084 |
| 5506181 | WESTLAKE FLOORING SERVICES | 4751 WILSHIRE BVLD., #100 | LOS ANGELES, CA 90010 |

TOTAL: 38