IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JESSICA LEE GONZALEZ, | : | |
| a/k/a JESSICA L. GONZALEZ, | : | CASE NO. 5:22-bk-02200 |
| a/k/a JESSICA GONZALEZ, | : | |
| a/k/a JESSICA LEE SINGER, | : | |
| a/k/a JESSICA L. SINGER, | : | |
| a/k/a JESSICA SINGER, | : | |
|     Debtor | : | |

## AFFIDAVIT OF DEBTOR

I, Jessica Lee Gonzalez, Debtor named in the above-captioned case, declare under penalty of perjury that we have read the foregoing Amended Schedule F - Creditors Holding Unsecured Nonpriority Claims and that the statements contained therein are true and correct to the best of my knowledge, information, and belief.

Executed on <u>November 18, 2022</u>

<u>/s/ Jessica Lee Gonzalez</u>
Jessica Lee Gonzalez