IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JESSICA LEE GONZALEZ, | : | |
| a/k/a JESSICA L. GONZALEZ, | : | CASE NO. 5:22-bk-02200 |
| a/k/a JESSICA GONZALEZ, | : | |
| a/k/a JESSICA LEE SINGER, | : | |
| a/k/a JESSICA L. SINGER, | : | |
| a/k/a JESSICA SINGER, | : | |
| Debtor | : | |

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2022, I caused to be served by first class mail, postage prepaid, a true and correct copy of Debtors' Amended Schedule F - Creditors Holding Unsecured Nonpriority Claims in the above matter on the following:

United Auto Credit Corp.
3990 Westerly Place, Suite 200
Newport Beach, CA 92660

NEWMAN WILLIAMS, P.C.

By: /s/ Vincent Rubino
    Vincent Rubino, Esq.
    Attorney I.D. #49628
    Attorney for Debtor
    712 Monroe Street, P.O. Box 511
    Stroudsburg, PA 18360-0511
    (570) 421-9090