UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JESSICA LEE GONZALEZ : CHAPTER 13
      Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Objectant :
 :
      vs. :
 :
UNITED AUTO CREDIT :
CORPORATION :
      Claimant : CASE NO. 5-22-bk-02200-MJC

## NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE

AND NOW, this 16th day of December, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and files an objection to the Proof of Claim you filed in this bankruptcy case.

NOTICE: Your claim may be reduced, modified, or eliminated. You should read these papers and the objection carefully and discuss them with your attorney, if you have one.

If you do not want the Court to enter an order affecting your claim, then on or before January 15, 2023, you or your lawyer must file a request for a hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. Mail courier, overnight/express mail, or in person at:

Wilkes Barre Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes Barre, PA 18701

If you mail your request for hearing or response to the Court, you must mail it early enough so the Court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360-0511

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE AN ORDER AFFECTING YOUR CLAIM.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee
amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JESSICA LEE GONZALEZ | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| UNITED AUTO CREDIT | : | |
| CORPORATION | : | |
| Claimant | : | CASE NO. 5-22-bk-02200-MJC |

TRUSTEE'S OBJECTION TO
CLAIM NO. 1 OF UNITED AUTO CREDIT CORPORATION

AND NOW, this 16th day of December, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, who objects to Claim No. 1 filed by United Auto Credit Corporation filed on November 28, 2022 and states as follows:

1. Objectant Jack N. Zaharopoulos is the duly appointed Trustee in this case and, therefore, the representative of the Estate under § 323(a).

2. Claimant is United Auto Credit Corporation, a California corporation qualified to do business in the state of California, and headquartered in Newport Beach, California.

3. On November 14, 2022, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

4. On November 28, 2022, Claimant filed Proof of Claim No. 1 in the amount of $408,669.61 that is listed as secured. (POC 1-1).

5. The claims bar date in the present case is January 23, 2023 and so the claim appears to have been timely filed.

6. The Trustee avers, however, that the Claimant has not attached documentation showing evidence that the interest as to the Debtor is a perfected secured claim. Rather, the attachment is a copy of a Complaint filed against Car Mart Auto Center Inc., a Pennsylvania corporation; Jessica Gonzalez, an individual; Anthony Gonzalez, an individual, *et al* for breach of a written contract (Dealer Agreement) and breach of written contract (personal guarantee).

7. The Trustee further avers that the claim is unliquidated.

8. Therefore, in the absence of proof that the claim is secured, and where the claim is unliquidated, the claim should be reclassified as an unsecured claim in an amount to be determined after the lawsuit is concluded.

WHEREFORE, the Trustee respectfully requests that this Honorable Court disallow Claim No. 1 filed by United Auto Credit Corporation as a secured claim, and reclassify the claim as an unsecured claim.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee
amchale@pamd13trustee.com

## CERTIFICATE OF SERVICE

AND NOW, this 16th day of December, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

United Auto Credit Corporation
P.O. Box 163049
Fort Worth, TX   76161

United Auto Credit Corporation
James Vagim III, President and CEO
1071 Camelback Street
Newport Beach, CA   92660

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee