UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JESSICA LEE GONZALEZ | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | CASE NO. 5-22-bk-02200-MJC |
| | : | |
| | : | |
| UNITED AUTO CREDIT | : | OBJECTION TO CLAIM AND |
| CORPORATION | : | DEADLINE TO REQUEST HEARING |
| Claimant | : | DATE |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 1, and all other matters of record, it is hereby ORDERED AND DECREED that Claim No. 1 of Creditor United Auto Credit Corporation shall be DEEMED an unsecured claim.