# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 12/19/2022
Case: 5:22–bk–02200–MJC  Form ID: ntcnfhrg  Total: 44

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   ustpregion03.ha.ecf@usdoj.gov
tr    Jack N Zaharopoulos (Trustee)   info@pamd13trustee.com
aty   Vincent Rubino   VRubino@newmanwilliams.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Jessica Lee Gonzalez        334 Sarah Way        East Stroudsburg, PA 18301
cr        PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
5506148   ADS/COMENITY/MYPOINTSRWD        PO BOX 182120        COLUMBUS, OH 43218
5506149   ADS/COMENITY/ULTA MC        PO BOX 182120        COLUMBUS, OH 43218
5506150   ADVANCED RECOVERY SYSTEMS        PO BOX 80766        VALLEY FORGE, PA 19484
5506151   ANTHONY GONZALEZ        334 SARAH WAY        EAST STROUDSBURG, PA 18301
5506152   ARS ACCOUNT RESOLUTION        1643 HARRISON PKWY STE 100        FORT LAUDERDALE, FL 33323
5506153   AUTOZONE PRO        123 SOUTH FRONT STREET        MEMPHIS, TN 38103
5506154   CAP1/WMT        PO BOX 31293        SALT LAKE CITY, UT 84131
5506155   CAPITAL ONE        PO BOX 31293        SALT LAKE CITY, UT 84131
5506156   CAR MART AUTO CENTER, INC.        920 UNION BLVD.        ALLENTOWN, PA 18109
5506157   CLOUDFUND, LLC        400 RELLA BLVD SUITE 165–101        SUFFERN, NY 10901
5506158   COMENITY BK/BONTON        PO BOX 182789        COLUMBUS, OH 43218
5506159   COMENITYCB/GAMESTOP        PO BOX 182120        COLUMBUS, OH 43218
5511069   Capital One N.A.        by American InfoSource as agent        PO Box 71083        Charlotte, NC 28272–1083
5506160   HASSETT & GEORGE, P.C.        945 HOPMEADOW STREET        SIMSBURY, CT 06070
5506161   JPMCB CARD        PO BOX 15369        WILMINGTON, DE 19850
5509607   JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o National Bankruptcy Services, LLC        P.O. Box 9013        Addison, Texas 75001
5506162   KEVIN DEBATT        105 PUGH LANE        EAST STROUDSBURG, PA 18301
5506163   KOHLS DEPARTMENT STORE        P.O. BOX 3115        MILWAUKEE, WI 53201
5506164   LEHIGH VALLEY HEALTH NETWORK        PO BOX 781733        PHILADELPHIA, PA 19178–1733
5506165   LISA DORTIC        857 NEW JERSEY AVE        HELLERTOWN, PA 18055
5506166   MEDICREDIT INC        PO BOX 1629        MARYLAND HEIGHTS, MO 63043
5506167   NEW REZ MORTGAGE        C/O PHH MORTGAGE        PO BOX 5452        MOUNT LAUREL, NJ 08054
5506168   PEARL CAPITAL        525 WASHINGTON BLVD 22ND FLOOR        JERSEY CITY, NJ 07310
5506169   PNC BANK NA        PO BOX 5580        CLEVELAND, OH 44101
5506170   PPL ELECTRIC UTILITIES        2 N 9TH ST CPC–GENN1        ALLENTOWN, PA 18101–1175
5511071   Portfolio Recovery Associates, LLC        POB 12914        Norfolk VA 23541
5506171   QUICK FUNDING GROUP        157 CHURCH STREET        NEW HAVEN, CT 06510
5509803   Quantum3 Group LLC as agent for        CF Medical LLC        PO Box 788        Kirkland, WA 98083–0788
5506172   RCN        PO BOX 11816        NEWARK, NJ 07101–8116
5506173   RESSAN PROPERTIES, LLC        1081 E CONGRESS ST        ALLENTOWN, PA 18109
5506174   SPEEDY FUNDING, LLC        157 CHURCH STREET        NEW HAVEN, CT 06510
5506175   SYNCB/JCPE        PO BOX 965007        ORLANDO, FL 32896
5506176   SYNCB/PPC        PO BOX 530975        ORLANDO, FL 32896
5506177   SYNCB/PPMC        PO BOX 965005        ORLANDO, FL 32896
5506178   SYNCB/TJX COS        PO BOX 965024        ORLANDO, FL 32896
5506350   Synchrony Bank        c/o PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
5506179   UNITED AUTO CREDIT CORP        3990 WESTERLY PLACE        SUITE 200        NEWPORT BEACH, CA 92660
5506180   WESTLAKE FINANCIAL        PO BOX 843082        LOS ANGELES, CA 90084
5506181   WESTLAKE FLOORING SERVICES        4751 WILSHIRE BVLD., #100        LOS ANGELES, CA 90010

TOTAL: 41