# Notice Recipients

District/Off: 0314–5   User: AutoDocketer   Date Created: 12/19/2022
Case: 5:22–bk–02200–MJC   Form ID: pdf002   Total: 44

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   ustpregion03.ha.ecf@usdoj.gov
tr    Jack N Zaharopoulos (Trustee)   info@pamd13trustee.com
aty   Vincent Rubino   VRubino@newmanwilliams.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Jessica Lee Gonzalez   334 Sarah Way   East Stroudsburg, PA 18301
cr        PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
5506148   ADS/COMENITY/MYPOINTSRWD   PO BOX 182120   COLUMBUS, OH 43218
5506149   ADS/COMENITY/ULTA MC   PO BOX 182120   COLUMBUS, OH 43218
5506150   ADVANCED RECOVERY SYSTEMS   PO BOX 80766   VALLEY FORGE, PA 19484
5506151   ANTHONY GONZALEZ   334 SARAH WAY   EAST STROUDSBURG, PA 18301
5506152   ARS ACCOUNT RESOLUTION   1643 HARRISON PKWY STE 100   FORT LAUDERDALE, FL 33323
5506153   AUTOZONE PRO   123 SOUTH FRONT STREET   MEMPHIS, TN 38103
5506154   CAP1/WMT   PO BOX 31293   SALT LAKE CITY, UT 84131
5506155   CAPITAL ONE   PO BOX 31293   SALT LAKE CITY, UT 84131
5506156   CAR MART AUTO CENTER, INC.   920 UNION BLVD.   ALLENTOWN, PA 18109
5506157   CLOUDFUND, LLC   400 RELLA BLVD SUITE 165–101   SUFFERN, NY 10901
5506158   COMENITY BK/BONTON   PO BOX 182789   COLUMBUS, OH 43218
5506159   COMENITYCB/GAMESTOP   PO BOX 182120   COLUMBUS, OH 43218
5511069   Capital One N.A.   by American InfoSource as agent   PO Box 71083   Charlotte, NC 28272–1083
5506160   HASSETT & GEORGE, P.C.   945 HOPMEADOW STREET   SIMSBURY, CT 06070
5506161   JPMCB CARD   PO BOX 15369   WILMINGTON, DE 19850
5509607   JPMorgan Chase Bank, N.A.   s/b/m/t Chase Bank USA, N.A.   c/o National Bankruptcy Services, LLC   P.O. Box 9013   Addison, Texas 75001
5506162   KEVIN DEBATT   105 PUGH LANE   EAST STROUDSBURG, PA 18301
5506163   KOHLS DEPARTMENT STORE   P.O. BOX 3115   MILWAUKEE, WI 53201
5506164   LEHIGH VALLEY HEALTH NETWORK   PO BOX 781733   PHILADELPHIA, PA 19178–1733
5506165   LISA DORTIC   857 NEW JERSEY AVE   HELLERTOWN, PA 18055
5506166   MEDICREDIT INC   PO BOX 1629   MARYLAND HEIGHTS, MO 63043
5506167   NEW REZ MORTGAGE   C/O PHH MORTGAGE   PO BOX 5452   MOUNT LAUREL, NJ 08054
5506168   PEARL CAPITAL   525 WASHINGTON BLVD 22ND FLOOR   JERSEY CITY, NJ 07310
5506169   PNC BANK NA   PO BOX 5580   CLEVELAND, OH 44101
5506170   PPL ELECTRIC UTILITIES   2 N 9TH ST CPC–GENN1   ALLENTOWN, PA 18101–1175
5511071   Portfolio Recovery Associates, LLC   POB 12914   Norfolk VA 23541
5506171   QUICK FUNDING GROUP   157 CHURCH STREET   NEW HAVEN, CT 06510
5509803   Quantum3 Group LLC as agent for   CF Medical LLC   PO Box 788   Kirkland, WA 98083–0788
5506172   RCN   PO BOX 11816   NEWARK, NJ 07101–8116
5506173   RESSAN PROPERTIES, LLC   1081 E CONGRESS ST   ALLENTOWN, PA 18109
5506174   SPEEDY FUNDING, LLC   157 CHURCH STREET   NEW HAVEN, CT 06510
5506175   SYNCB/JCPE   PO BOX 965007   ORLANDO, FL 32896
5506176   SYNCB/PPC   PO BOX 530975   ORLANDO, FL 32896
5506177   SYNCB/PPMC   PO BOX 965005   ORLANDO, FL 32896
5506178   SYNCB/TJX COS   PO BOX 965024   ORLANDO, FL 32896
5506350   Synchrony Bank   c/o PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
5506179   UNITED AUTO CREDIT CORP   3990 WESTERLY PLACE   SUITE 200   NEWPORT BEACH, CA 92660
5506180   WESTLAKE FINANCIAL   PO BOX 843082   LOS ANGELES, CA 90084
5506181   WESTLAKE FLOORING SERVICES   4751 WILSHIRE BVLD., #100   LOS ANGELES, CA 90010

TOTAL: 41