# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JESSICA LEE GONZALEZ,<br>a/k/a JESSICA L. GONZALEZ,<br>a/k/a JESSICA GONZALEZ,<br>a/k/a JESSICA LEE SINGER,<br>a/k/a JESSICA L. SINGER,<br>a/k/a JESSICA SINGER, | CASE NO. 5:22-bk-02200 |
| Debtor | |

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, JESSICA LEE GONZALEZ, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on February 02, 2023.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: December 20, 2022         By:   /s/ Vincent Rubino, Esq.
                                       VINCENT RUBINO, ESQ.
                                       Counsel for Debtor


DATED: December 20, 2022         By:   /s/ Jessica Lee Gonzalez
                                       JESSICA LEE GONZALEZ
                                       Debtor