In re:  Case No. 22-02200-MJC

Jessica Lee Gonzalez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3

Date Rcvd: Dec 19, 2022     Form ID: ntcnfhrg     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Lee Gonzalez, 334 Sarah Way, East Stroudsburg, PA 18301-8595 |
| 5506148 | + | ADS/COMENITY/MYPOINTSRWD, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5506149 | + | ADS/COMENITY/ULTA MC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5506150 | + | ADVANCED RECOVERY SYSTEMS, PO BOX 80766, VALLEY FORGE, PA 19484-0766 |
| 5506151 | + | ANTHONY GONZALEZ, 334 SARAH WAY, EAST STROUDSBURG, PA 18301-8595 |
| 5506153 | + | AUTOZONE PRO, 123 SOUTH FRONT STREET, MEMPHIS, TN 38103-3618 |
| 5506156 | + | CAR MART AUTO CENTER, INC., 920 UNION BLVD., ALLENTOWN, PA 18109-3243 |
| 5506160 | + | HASSETT & GEORGE, P.C., 945 HOPMEADOW STREET, SIMSBURY, CT 06070-1865 |
| 5506162 | + | KEVIN DEBATT, 105 PUGH LANE, EAST STROUDSBURG, PA 18301-7898 |
| 5506164 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 781733, PHILADELPHIA, PA 19178-1733 |
| 5506165 | + | LISA DORTIC, 857 NEW JERSEY AVE, HELLERTOWN, PA 18055-1828 |
| 5506168 | + | PEARL CAPITAL, 525 WASHINGTON BLVD 22ND FLOOR, JERSEY CITY, NJ 07310-2606 |
| 5506170 | + | PPL ELECTRIC UTILITIES, 2 N 9TH ST CPC-GENN1, ALLENTOWN, PA 18101-1179 |
| 5506171 | + | QUICK FUNDING GROUP, 157 CHURCH STREET, NEW HAVEN, CT 06510-2100 |
| 5506172 | | RCN, PO BOX 11816, NEWARK, NJ 07101-8116 |
| 5506173 | + | RESSAN PROPERTIES, LLC, 1081 E CONGRESS ST, ALLENTOWN, PA 18109-3313 |
| 5506174 | + | SPEEDY FUNDING, LLC, 157 CHURCH STREET, NEW HAVEN, CT 06510-2100 |
| 5506179 | + | UNITED AUTO CREDIT CORP, 3990 WESTERLY PLACE, SUITE 200, NEWPORT BEACH, CA 92660-2312 |
| 5506180 | + | WESTLAKE FINANCIAL, PO BOX 843082, LOS ANGELES, CA 90084-3082 |
| 5506181 | + | WESTLAKE FLOORING SERVICES, 4751 WILSHIRE BVLD., #100, LOS ANGELES, CA 90010-3847 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2022 18:41:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506152 | | ^ MEBN | Dec 19 2022 18:37:40 | ARS ACCOUNT RESOLUTION, 1643 HARRISON PKWY STE 100, FORT LAUDERDALE, FL 33323-2857 |
| 5506154 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 18:41:24 | CAP1/WMT, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5506155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 18:41:10 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5506157 | | Email/Text: bankruptcy@deltabridgefunding.com | Dec 19 2022 18:40:00 | CLOUDFUND, LLC, 400 RELLA BLVD SUITE 165-101, SUFFERN, NY 10901 |
| 5506158 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2022 18:40:00 | COMENITY BK/BONTON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5506159 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2022 18:40:00 | COMENITYCB/GAMESTOP, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5511069 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 18:41:24 | Capital One N.A., by American InfoSource as |

| Recipient ID | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5506161 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2022 18:41:10 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5509607 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 19 2022 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5506163 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2022 18:40:00 | KOHLS DEPARTMENT STORE, P.O. BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5506166 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Dec 19 2022 18:40:00 | MEDICREDIT INC, PO BOX 1629, MARYLAND HEIGHTS, MO 63043-0629 |
| 5506167 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 19 2022 18:40:00 | NEW REZ MORTGAGE, C/O PHH MORTGAGE, PO BOX 5452, MOUNT LAUREL, NJ 08054-5452 |
| 5506169 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2022 18:40:00 | PNC BANK NA, PO BOX 5580, CLEVELAND, OH 44101 |
| 5511071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2022 18:41:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5509803 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2022 18:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5506175 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:11 | SYNCB/JCPE, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5506176 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:25 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 5506177 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:25 | SYNCB/PPMC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5506178 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:26 | SYNCB/TJX COS, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5506350 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 21, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jessica Lee Gonzalez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jessica Lee Gonzalez,
aka Jessica Gonzalez, aka Jessica L. Gonzalez, aka Jessica Singer, aka Jessica L. Singer, aka Jessica Lee Singer,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−02200−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 26, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 2, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2022 |

ntcnfhrg (08/21)