Rev. 05/16/19

## LOCAL BANKRUPTCY FORM 3007-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Jessica Lee Gonzalez

**Debtor(s)**

Jessica Lee Gonzalez,

**Objector**

v.

United Auto Credit Corporation

**Claimant**

CHAPTER 13

CASE NO. 5 - 22 -bk- 02200

TO: United Auto Credit Corporation ("Claimant")

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

Debtor Jessica Lee Gonzalez filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE:** **Your claim may be reduced, modified, or eliminated.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want the court to enter an order affecting your claim, then on or before January 27, 2023, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☑ 274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

☐ Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Robert J. Kidwell, Esquire
712 Monroe Street
Stroudsburg, PA 18360

(Movant's attorney's name and address)

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Robert J. Kidwell

Attorney for Objector

712 Monroe St., Stroudsburg, PA 18360

(Address)

570-421-9090

(Phone)

570-424-9739

(Facsimile)

rkidwell@newmanwilliams.com

(Email)

206555

(Attorney ID No.)

Date of Notice: 12/28/2022