IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jessica Lee Gonzalez, | : | Chapter 13 |
| aka Jessica L. Gonzalez | : | |
| aka Jessica Gonzalez | : | Case No. 5:22-bk-02200-MJC |
| aka Jessica Singer | : | |
| aka Jessica Lee Singer | : | |
| aka Jessica L. Singer | : | |
| Debtor | : | |
| | : | |
| Jessica Lee Gonzalez | : | |
| Objector | : | OBJECTION TO |
| v. | : | PROOF OF CLAIM #1 |
| United Auto Credit Corporation | : | |
| Claimant | : | |

**ORDER**

Upon consideration of the Objection to Claim #1 of United Auto Credit Corporation, it is hereby ORDERED the Objection is SUSTAINED.