IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jessica Lee Gonzalez, | : | Chapter 13 |
| aka Jessica L. Gonzalez | : | |
| aka Jessica Gonzalez | : | Case No. 5:22-bk-02200-MJC |
| aka Jessica Singer | : | |
| aka Jessica Lee Singer | : | |
| aka Jessica L. Singer | : | |
|     Debtor | : | |
| | : | |
| Jessica Lee Gonzalez | : | |
|     Objector | : | OBJECTION TO |
|     v. | : | PROOF OF CLAIM #1 |
| United Auto Credit Corporation | : | |
|     Claimant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2022, I caused to be served by United States first class mail, postage prepaid, a true and correct copy of Objection to Claim #1 of United Auto Credit Corporation and Notice thereof, upon the following:

United Auto Credit Corporation
P.O. Box 163049
Fort Worth, TX 76161

United Auto Credit Corporation
James Vagim III, President and CEO
1071 Camelback Street
Newport Beach, CA 92660

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
    Robert J. Kidwell, Esq.
    Attorney for Debtor