



PO Box 2198, 123 South Front Street, Memphis, TN 38103
Phone (800) 262-1682  Fax (901) 495 8314

**2/6/23**

**Max Rosenn – US Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

**Reference:    Jessica Lee Gonzalez**
**Collection ID#  5:22-bk-02200-MJC**

In reference to the above-mentioned person, please note the following information in response to documentation received by AutoZone.

☐ The name on case does not match the name AutoZone has assigned to this Social Security number.

☐ The name and Social Security Number do not match any employee at AutoZone.

☒ Social Security number not provided.  Cannot locate person based only on name.  Please send updated documentation with Social Security number to: AZPayroll@autozone.com

☐ A Chapter 13 Bankruptcy is already on file.  Case #:

☐ Employment terminated as of

☐ Disposable income is below minimum wage guidelines.

☐ Earlier dated cases are on file and being withheld before this case.

☐ Child support order is taking 25% of disposable earnings.

☐ Child support being deducted from another state.

☐ There were no worked hours during the pay period.  Last pay date: 9/2/22

☐ Original Writ of Garnishment was not received by AutoZone.  Forward to: AZPayroll@autozone.com

☐ Deductions will begin with next regularly scheduled biweekly payroll of     if funds are available.

☐ Employee has experienced a Leave of Absence on the following dates:

☐ Release on file (copy attached).  If additional balance is due, forward documentation to: AZPayroll@autozone.com

☐ All amounts have been remitted.  If additional balance is due, forward documentation to: AZPayroll@autozone.com

☐ Case has expired.  If additional balance is due, forward documentation to: AZPayroll@autozone.com

☐ Other:  Copy of garnishment received without

If you require additional information, please contact AutoZone's Payroll Department at 800-262-1682.

**AutoZone's Payroll Department**
AutoZone, Inc.
PO Box 2198
123 S Front St.
Memphis, TN  38103
(800) 262-1682
AZPayroll@autozone.com