UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JESSICA LEE GONZALEZ<br>Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Objectant | : | |
| vs. | : | CASE NO. 5-22-bk-02200-MJC |
| UNITED AUTO CREDIT<br>CORPORATION<br>Claimant | : | OBJECTION TO AMENDED CLAIM<br>AND DEADLINE TO REQUEST<br>HEARING DATE |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Amended Claim No. 1, and all other matters of record, it is hereby

ORDERED AND DECREED that Amended Claim No. 1 of Creditor United Auto Credit Corporation shall be DEEMED an unsecured claim.