UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JESSICA LEE GONZALEZ,<br>a/k/a JESSICA L. GONZALEZ,<br>a/k/a JESSICA GONZALEZ,<br>a/k/a JESSICA LEE SINGER,<br>a/k/a JESSICA L. SINGER,<br>a/k/a JESSICA SINGER,<br><br>          Debtor | CASE NO. 5:22-bk-02200 |

## NOTICE

The confirmation hearing on the **First** Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

    **Date:  April 13, 2023**            **Time:  10:00 a.m.**

    **Location: Courtroom No. 2, 197 South Main Street, Wilkes-Barre, PA 18701**

The deadline for filing objections to confirmation of the Plan is:  **April 06, 2023**

Evidentiary hearings will not be conducted at the time of the confirmation hearing.  If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice.  A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).


Date:  March 01, 2023                                        Filed by: /s/ Vincent Rubino, Esq.
                                                                             NEWMAN WILLIAMS, P.C.
                                                                             Attorneys for Debtor(s)
                                                                             P.O. Box 511, 712 Monroe Street
                                                                             Stroudsburg, PA  18360
                                                                             (570) 421-9090; fax (570) 424-9739
                                                                             vrubino@newmanwilliams.com