IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JESSICA LEE GONZALEZ,<br>a/k/a JESSICA L. GONZALEZ,<br>a/k/a JESSICA GONZALEZ,<br>a/k/a JESSICA LEE SINGER,<br>a/k/a JESSICA L. SINGER,<br>a/k/a JESSICA SINGER, | CASE NO. 5:22-bk-02200 |
| Debtor | |

## **CERTIFICATE OF MAILING**

The undersigned employee in the office of:

    Newman Williams, P.C.,

hereby certifies that a copy of Debtor's **First** Amended Plan and Notice thereof was mailed today to the parties listed on the attached Mailing Matrix, excluding the Office of the US Trustee and the Trustee, who were served through ECF.

DATED:    March 01, 2023

                                        SIGNED:    /s/ Brian T. Zalesky
                                                                   Brian T. Zalesky