# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JESSICA LEE GONZALEZ<br>    Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Objectant | : | |
| vs. | : | CASE NO. 5-22-bk-02200-MJC |
| UNITED AUTO CREDIT<br>CORPORATION<br>    Claimant | : | OBJECTION TO AMENDED CLAIM<br>AND DEADLINE TO REQUEST<br>HEARING DATE |

## ORDER

Upon consideration of the Trustee's Objection to Amended Claim No. 1, Dkt. # 27 ("Objection"), and all other matters of record, it is hereby

**ORDERED AND DECREED** that the Objection is **SUSTAINED**. Amended Claim No. 1 of Creditor United Auto Credit Corporation shall be **DEEMED** an unsecured claim.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 5, 2023