# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 4/5/2023 |
| Case: 5:22–bk–02200–MJC | Form ID: pdf010 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty      Vincent Rubino      VRubino@newmanwilliams.com
aty      William E. Craig      ecfmail@mortoncraig.com

                                                                                                                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      United Auto Credit Corporation      PO Box 163049      Fort Worth, TX 76161
        United Auto Credit Corporation      James Vagim III, President and CEO      1071 Camelback Street      Newport Beach, CA 92660

                                                                                                                                                                 TOTAL: 2