United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02200-MJC

Jessica Lee Gonzalez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 05, 2023      Form ID: pdf010      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 05 2023 18:37:00 | United Auto Credit Corporation, James Vagim III, President and CEO, 1071 Camelback Street, Newport Beach, CA 92660-3046 |
| cr | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 05 2023 18:37:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jessica Lee Gonzalez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | |

        ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

        on behalf of Debtor 1 Jessica Lee Gonzalez
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig

        on behalf of Creditor United Auto Credit Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JESSICA LEE GONZALEZ<br>  Debtor | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>  Objectant | :<br>:<br>:<br>: |
| vs. | : CASE NO. 5-22-bk-02200-MJC<br>:<br>: |
| UNITED AUTO CREDIT<br>CORPORATION<br>  Claimant | : OBJECTION TO AMENDED CLAIM<br>: AND DEADLINE TO REQUEST<br>: HEARING DATE |

### ORDER

Upon consideration of the Trustee's Objection to Amended Claim No. 1, Dkt. # 27 ("Objection"), and all other matters of record, it is hereby

**ORDERED AND DECREED** that the Objection is **SUSTAINED**. Amended Claim No. 1 of Creditor United Auto Credit Corporation shall be **DEEMED** an unsecured claim.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 5, 2023