IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jessica Lee Gonzalez, | : | Chapter 13 |
| aka Jessica L. Gonzalez | : | |
| aka Jessica Gonzalez | : | Case No. 5:22-bk-02200-MJC |
| aka Jessica Singer | : | |
| aka Jessica Lee Singer | : | |
| aka Jessica L. Singer | : | |
| Debtor | : | |
| | : | |
| Jessica Lee Gonzalez | : | |
| Objector | : | OBJECTION TO AMENDED |
| v. | : | PROOF OF CLAIM #1 |
| United Auto Credit Corporation | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Debtor's Objection to Amended Claim #1 of United Auto Credit Corporation, Dkt. # 31 ("Objection'), it is hereby

**ORDERED** the Objection is **SUSTAINED**. Amended Claim # 1 of Creditor United Auto Credit Corporation shall be **DEEMED** an unsecured claim.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 12, 2023