# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 4/12/2023 |
| Case: 5:22–bk–02200–MJC | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     William E. Craig     ecfmail@mortoncraig.com

                                                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5515123     United Auto Credit Corporation     PO Box 163049     Fort Worth, TX 76161
              United Auto Credit Corporation     c/o Christine Zamora, Bankruptcy Representative     P.O. Box 163049     Fort Worth, TX 76161

                                                                                      TOTAL: 2