In re:  Case No. 22-02200-MJC

Jessica Lee Gonzalez  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Apr 12, 2023 Form ID: pdf010 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 12 2023 18:35:00 | United Auto Credit Corporation, c/o Christine Zamora, Bankruptcy Represe, P.O. Box 163049, Fort Worth, TX 76161-3049 |
| 5515123 | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Apr 12 2023 18:35:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jessica Lee Gonzalez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee |  |

　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

　　　　　　　　　　on behalf of Debtor 1 Jessica Lee Gonzalez
　　　　　　　　　　lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
　　　　　　　　　　com;swiggins@newmanwilliams.com

William E. Craig

　　　　　　　　　　on behalf of Creditor United Auto Credit Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jessica Lee Gonzalez, | : | Chapter 13 |
| aka Jessica L. Gonzalez | : | |
| aka Jessica Gonzalez | : | Case No. 5:22-bk-02200-MJC |
| aka Jessica Singer | : | |
| aka Jessica Lee Singer | : | |
| aka Jessica L. Singer | : | |
|     Debtor | : | |
| | : | |
| Jessica Lee Gonzalez | : | |
|     Objector | : | OBJECTION TO AMENDED |
| v. | : | PROOF OF CLAIM #1 |
| United Auto Credit Corporation | : | |
|     Claimant | : | |

## ORDER

Upon consideration of the Debtor's Objection to Amended Claim #1 of United Auto Credit Corporation, Dkt. # 31 ("Objection'), it is hereby

**ORDERED** the Objection is **SUSTAINED**. Amended Claim # 1 of Creditor United Auto Credit Corporation shall be **DEEMED** an unsecured claim.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: April 12, 2023