# Notice Recipients

District/Off: 0314–5           User: AutoDocketer           Date Created: 5/18/2023
Case: 5:22–bk–02200–MJC        Form ID: orcnfpln            Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Robert J Kidwell, III          rkidwell@newmanwilliams.com

TOTAL: 1