| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jessica Lee Gonzalez,<br>aka Jessica Gonzalez, aka Jessica L. Gonzalez, aka Jessica Singer, aka Jessica L. Singer, aka Jessica Lee Singer, | Chapter 13<br><br>Case No. 5:22–bk–02200–MJC |
| **Debtor 1** | |
| **Instructions for Serving Documents** | |
| You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013–3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue. | |
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 18, 2023 |

ntserv (05/22)