# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 5/18/2023
Case: 5:22–bk–02200–MJC     Form ID: ntserv     Total: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Robert J Kidwell, III | rkidwell@newmanwilliams.com |

TOTAL: 2