IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JESSICA LEE GONZALEZ,<br>a/k/a JESSICA L. GONZALEZ,<br>a/k/a JESSICA GONZALEZ,<br>a/k/a JESSICA LEE SINGER,<br>a/k/a JESSICA L. SINGER,<br>a/k/a JESSICA SINGER,<br><br>       Debtor | CHAPTER 13<br><br>CASE NO. 5:22-bk-02200 |

## CERTIFICATE OF MAILING

      I hereby certify that on May 22, 2023, I caused to be served by first class mail, postage prepaid, a true and correct copy of Order Confirming Amended Chapter 13 Plan, to the parties listed on the Mailing Matrix, excluding the Office of the US Trustee and the Standing Chapter 13 Trustee, who were served through ECF.

                                              **NEWMAN, WILLIAMS, P.C.**

                          **By:**    **/s/ Brian T. Zalesky**
                                        **Brian T. Zalesky, Bankruptcy Assistant**