| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:22-bk-02200-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon May 22 09:12:15 EDT 2023 | AutoZone<br>PO Box 2198<br>123 South Front Street<br>Memphis, TN 38103-3618 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United Auto Credit Corporation<br>PO Box 163049<br>Fort Worth, TX 76161-3049 | Westlake Flooring Company, LLC d/b/a Westlak<br>4751 Wilshire Blvd.<br>Suite 100<br>Los Angeles, CA 90010-3847 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| ADS/COMENITY/MYPOINTSRWD<br>PO BOX 182120<br>COLUMBUS, OH 43218-2120 | ADS/COMENITY/ULTA MC<br>PO BOX 182120<br>COLUMBUS, OH 43218-2120 | ADVANCED RECOVERY SYSTEMS<br>PO BOX 80766<br>VALLEY FORGE, PA 19484-0766 |
| ANTHONY GONZALEZ<br>334 SARAH WAY<br>EAST STROUDSBURG, PA 18301-8595 | ARS ACCOUNT RESOLUTION<br>1643 HARRISON PKWY STE 100<br>FORT LAUDERDALE, FL 33323-2857 | AUTOZONE PRO<br>123 SOUTH FRONT STREET<br>MEMPHIS, TN 38103-3618 |
| Brickhouse OpCo I LLC<br>4053 Maple Road Suite 122<br>Amherst, NY 14226-1058 | CAP1/WMT<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 |
| CAR MART AUTO CENTER, INC.<br>920 UNION BLVD.<br>ALLENTOWN, PA 18109-3243 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 | COMENITY BK/BONTON<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| COMENITYCB/GAMESTOP<br>PO BOX 182120<br>COLUMBUS, OH 43218-2120 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Emergency Physician Associates of PA PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| HASSETT & GEORGE, P.C.<br>945 HOPMEADOW STREET<br>SIMSBURY, CT 06070-1865 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| KEVIN DEBATT<br>105 PUGH LANE<br>EAST STROUDSBURG, PA 18301-7898 | KOHLS DEPARTMENT STORE<br>P.O. BOX 3115<br>MILWAUKEE, WI 53201-3115 | LEHIGH VALLEY HEALTH NETWORK<br>PO BOX 781733<br>PHILADELPHIA, PA 19178-1733 |
| LISA DORTIC<br>857 NEW JERSEY AVE<br>HELLERTOWN, PA 18055-1828 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MEDICREDIT INC<br>PO BOX 1629<br>MARYLAND HEIGHTS, MO 63043-0629 |

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | NEW REZ MORTGAGE<br>C/O PHH MORTGAGE<br>PO BOX 5452<br>MOUNT LAUREL, NJ 08054-5452 | PEARL CAPITAL<br>525 WASHINGTON BLVD 22ND FLOOR<br>JERSEY CITY, NJ 07310-2606 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PPL ELECTRIC UTILITIES<br>2 N 9TH ST CPC-GENN1<br>ALLENTOWN, PA 18101-1179 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUICK FUNDING GROUP<br>157 CHURCH STREET<br>NEW HAVEN, CT 06510-2100 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RCN<br>PO BOX 11816<br>NEWARK, NJ 07101-8116 | RESSAN PROPERTIES, LLC<br>1081 E CONGRESS ST<br>ALLENTOWN, PA 18109-3313 | Regina Cohen, Esquire<br>LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO<br>190 N. Independence Mall West, Ste. 500<br>6th and Race Streets<br>Philadelphia, PA 19106-1557 |
| SPEEDY FUNDING, LLC<br>157 CHURCH STREET<br>NEW HAVEN, CT 06510-2100 | SYNCB/JCPE<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/PPC<br>PO BOX 530975<br>ORLANDO, FL 32896-0001 |
| SYNCB/PPMC<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/TJX COS<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| UNITED AUTO CREDIT CORP<br>3990 WESTERLY PLACE<br>SUITE 200<br>NEWPORT BEACH, CA 92660-2312 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | WESTLAKE FINANCIAL<br>PO BOX 843082<br>LOS ANGELES, CA 90084-3082 |
| WESTLAKE FLOORING SERVICES<br>4751 WILSHIRE BVLD., #100<br>LOS ANGELES, CA 90010-3847 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd.<br>Suite 100<br>Los Angeles, CA 90010-3847 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Jessica Lee Gonzalez<br>334 Sarah Way<br>East Stroudsburg, PA 18301-8595 | Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CLOUDFUND, LLC<br>400 RELLA BLVD SUITE 165-101<br>SUFFERN, NY 10901 | JPMCB CARD<br>PO BOX 15369<br>WILMINGTON, DE 19850 | PNC BANK NA<br>PO BOX 5580<br>CLEVELAND, OH 44101 |
|---|---|---|
| (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United Auto Credit Corporation
PO Box 163049
Fort Worth, TX 76161-3049

End of Label Matrix
Mailable recipients   56
Bypassed recipients    1
Total                 57